UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDNEY BELL, JR.,

        Plaintiff,                   Case No. 18-cv-12411

v.                                      Paul D. Borman
                                      United States District Judge

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF        R. Steven Whalen
SOCIAL SECURITY,                   United States Magistrate Judge

        Defendant.
_____/

ORDER: (1) ADOPTING MAGISTRATE JUDGE WHALEN'S AUGUST 31, 2019 REPORT AND RECOMMENDATION (ECF NO. 25); (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 20); (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 18); and (4) AFFIRMING THE DECISION OF THE COMMISSIONER

On August 31, 2019, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security (Commissioner) in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 25, Report and Recommendation.) Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 25), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 18), GRANTS Defendant's Motion for Summary

1

Judgment (ECF No. 20), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.


Dated: September 30, 2019          s/Paul D. Borman
                                   Paul D. Borman
                                   United States District Judge